In re MAGED. (Supreme Court, Appellate Division, First Department. October 31, 1913.) In the matter of Benjamin F. Maged, an attorney. No opinion. Referred to official referee. Settle order on notice.

MALLOUK v. AMERICAN EXCH. NAT. BANK et al. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Ellias N. Mallouk against the American Exchange National Bank, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 157 App. Div. 711, 142 N. Y. Supp. 724.

MARINARO v. MULTI-SPEED SHUTTER CO. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Appeal from Trial Term, New York County. Action by Francesco Marinaro, an infant, by Guiseppe Marinaro, his guardian ad litem, against the Multi-Speed Shutter Company, to recover damages for injuries suffered in defendant's employ. From a judgment for plaintiff in the sum of $2,144.75, defendant appeals. Reversed, and new trial ordered. Sheffield, Bentley & Betts, of New York City (James R. Sheffield, of New York City, of counsel, and James J. Cosgrove, of New York City, on the brief), for appellant. Rosario Maggio, of New York City, for respondent.

PER CURIAM. Upon careful consideration of this record, we are satisfied that the verdict is against the weight of evidence. The plaintiff failed to establish that there was any defect in the machine, that he was not properly instructed, and that the accident was caused by any actionable negligence upon the part of the defendant. Upon the evidence it would appear that it was physically impossible for the upper die to fall as claimed by him, leaving it fairly inferable that he himself caused it to descend by pressure upon the treadle. The judgment and order appealed from are therefore reversed, and a new trial ordered, with costs to the appellant to abide the event.

MARTIN, Respondent, v. CRUMB, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Action by Ignatz Martin against Leverett F. Crumb. No opinion. Motion for reargument (of 158 App. Div. 228, 142 N. Y. Supp. 1096) denied, without costs. Motion for leave to appeal to the Court of Appeals denied, upon the ground that leave to appeal is unnecessary.

MAY, Appellant, v. E. MAY, Inc., Respondent, et al. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Solomon May against E. May, Incorporated, impleaded with others. J. H. Reagan, for appellant. W. C. Prime, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion to vacate order for examination of plaintiff granted, without costs, to the extent only of striking from said order the requirement that he produce books and records. Order filed.

In re MARKS. (Supreme Court, Appellate Division, First Department. November 14, 1913.) In the matter of Alexander Marks. No opinion. Referred to Hon. Roger A. Pryor, official referee. Settle order on notice.

MECHANICS' BANK v. SPRINGER et al. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Action by the Mechanics' Bank against J. Harwood Springer and another. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 154 App. Div. 906, 138 N. Y. Supp. 1130.

MEIGEL, Appellant, v. E. V. CRANDALL OIL & PUTTY CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Action by George Meigel against the E. V. Crandall Oil & Putty Company. No opinion. Judgment unanimously affirmed, with costs, upon the authority of Meigel v. Crandall Oil & Putty Co., 141 App. Div. 828, 126 N. Y. Supp. 720.

MELLON, Appellant, v. BOARD OF EDUCATION, Respondent. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by Peter F. Mellon against the Board of Education. F. Gilbert, of New York City, for appellant. W. E. C. Mayer, of New York City, for respondent. No opinion. Order affirmed, with costs and disbursements. Order filed.

MELTON et al. v. FULLERTON WEAVER REALTY CO. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Samuel Melton and others against the Fullerton Weaver Realty Company. No opinion. Motion for leave to appeal to the Court of Appeals (157 App. Div. 525, 142 N. Y. Supp. 852) granted. Order filed.

MENG, Respondent, v. FISCHER, Appellant. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by James S. Meng, as receiver, etc., against Frederick Fischer. M. F. Conry, of Washington, D. C., for appellant. A. P. Massey, of New York City, for respondent. No opinion. Determination affirmed, with costs and disbursements. Order filed. See, also, 155 App. Div. 936, 140 N. Y. Supp. 1131.

MERCHANT, Respondent, v. RYALL, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Action by Metta F. Merchant, as administratrix, etc., against George M. Ryall and others.

PER CURIAM. Motion to dismiss appeal from judgment denied, on condition that appellant perfect his appeal from order, place the case on the present calendar, and be ready for argument when reached; otherwise, motion granted, without costs. Motion to dismiss appeal, on the ground that defendant Ryall has accepted a benefit under the judgment, denied, without costs. See, also, 142 App. Div. 949, 127 N. Y. Supp. 1132.